**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**HELAYNE SEIDMAN,**

                              **Plaintiff,**

                  -against-

**STEPHEN P. WALD REAL ESTATE**
**ASSOCIATES INC.,**

                              **Defendant.**

---

**1:19-cv-03364 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby

**ORDERED** that the above-captioned action is discontinued without costs and without prejudice

to restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

**Dated: December 13, 2019**
       **New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**